DAVID P. CANAVAN et al., Respondents, *v.* DECAUVILLE AUTO MOBILE COMPANY, Appellant.

*Canavan* v. *Decauville Automobile Co.,* 124 App. Div. 923, affirmed.
(Argued October 11, 1909; decided October 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon certain contracts.

*Francis Fitch, Frederick S. Randall* and *Samuel S. Slater* for appellant.

*L. Laflin Kellogg* and *Franklin. Nevius* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.